**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**
**AT KANSAS CITY, KANSAS**

| | |
|---|---|
| DAVID RICKE, ) | |
| ) | |
|      Plaintiff, ) | |
| ) | |
| vs. ) | Case No. |
| ) | |
| PLAINS ALL AMERICAN GP, LLC, ) | |
| Serve:  Resident Agent ) | |
|        Corporation Service Company ) | |
|        2900 SW Wanamaker Drive, Suite 204 ) | |
|        Topeka, Kansas, 66614 ) | |
| ) | |
|      Defendant. ) | |

## <u>COMPLAINT</u>

Plaintiff David Ricke ("Plaintiff" or "Ricke"), for his complaint against Defendant Plains All American GP, LLC ("Defendant" or "Plains All American"), states as follows:

### PARTIES, JURISDICTION AND VENUE

1.     Plaintiff is an individual residing in Kansas.

2.     Defendant is a Delaware limited liability company that is registered to and that does business in Kansas and that can be served through its Resident Agent, the Corporation Service Company, at 2900 SW Wanamaker Drive, Suite 204, Topeka, Kansas, 66614.

3.     The Court has jurisdiction over this action—which includes a claim arising out of the Age Discrimination in Employment Act (29 U.S.C. § 621, *et seq.*) (the "ADEA")—pursuant to 28 U.S.C. § 1331.

4.     Venue in this Court is proper pursuant to 28 U.S.C. § 1391(b) in that Defendant does business in Kansas and a substantial part of the events or omissions giving rise to the subject matter of this action arose in Kansas.

## FACTUAL BACKGROUND

5.      Plaintiff worked as a truck driver for Defendant for approximately 22 years.

6.      During his time with Defendant, Plaintiff's performance was exemplary.

7.      Defendant terminated Plaintiff's employment on December 23, 2019—two days before Christmas—allegedly because Plaintiff had answered a cell phone call while driving his truck for Defendant on December 20, 2019.

8.      The call that Plaintiff answered was from Defendant's dispatch, and so, Plaintiff believed he needed to answer the call when it came in.

9.      When he answered the call, he advised the person on the other end of the call that he needed to hang up.

10.     The call lasted for approximately 20 seconds.

11.     On information and belief, Defendant has not immediately terminated other drivers who answer or use their phones while driving their trucks.

12.     Other, younger drivers are given warnings by Defendant, but Plaintiff was not ever given a warning in connection with his cell phone use on December 20, 2019—he was terminated abruptly after a sparkling 22-year career.

13.     Plains All American had a zero-tolerance policy with Plaintiff, but it uses a different, more lenient system of discipline for its younger drivers who make less than Plaintiff.

14.     On or about March 16, 2020, Plaintiff filed a Charge of Discrimination with the Kansas Human Rights Commission and the EEOC alleging that he was the victim of age discrimination.

15.     On or about November 3, 2020, the EEOC granted Plaintiff a Notice of Right to Sue in connection with the allegations at issue in his Charge of Discrimination.

## COUNT I – AGE DISCRIMINATION (ADEA)

25.     Plaintiff incorporates the allegations in paragraphs 1-15 as if fully set forth herein.

26.     Plaintiff is an "employer" under the ADEA, and Plaintiff is an "employee" under the ADEA.

27.     Defendant discriminated against Plaintiff in connection with his age by terminating his employment on December 23, 2019 and by treating him differently than younger employees who made less money than Plaintiff.

28.     Defendant's conduct has caused Plaintiff damage.

WHEREFORE, Plaintiff David Ricke respectfully requests judgment against Defendant for his lost wages and benefits, liquidated damages, for any other damages available to him under the ADEA, and for his reasonable attorneys' fees, costs, and expenses.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury for the foregoing causes of action.

## DESIGNATION OF PLACE OF TRIAL

Plaintiff hereby requests the trial be held in Wichita, Kansas.

**HKM EMPLOYMENT ATTORNEYS LLP**

By:     */s/ Brad K. Thoenen*
        Brad K. Thoenen, KS 24479
        bthoenen@hkm.com
        John J. Ziegelmeyer III, KS 23003
        jziegelmeyer@hkm.com
        1501 Westport Road
        Kansas City, Missouri 64111
        816.875.9339

        ATTORNEYS FOR PLAINTIFF